PETTIGREW *v.* WARDEN OF THE MARYLAND
PENITENTIARY

[App. No. 56, September Term, 1965.]

*Decided November 12, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, OPPEN-
HEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Application denied for the reasons stated in the lower court
opinion of Judge C. Burnam Mace.

*Application denied.*